No. 63056.—American Commercial Co., Inc. *v.* United States, protest 58/13917 (Los Angeles).

Opinion by RICHARDSON, J. An examination of the papers revealing that the merchandise consisted of porcelainware and not distilled spirits, the protest was dismissed.

BEFORE THE FIRST DIVISION, MAY 14, 1959

No. 63057.—Geo. S. Bush & Co., Inc. *v.* United States, protest 245016–K (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of so-called chixexers, and parts thereof, the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiff was sustained.

No. 63058.—Air-Sea Forwarders, Inc., a/c Crafts-Metals Co. *v.* United States, protest 59/5300 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that all of the merchandise in question, except that covered by items 401/05/A, 401/01/A, 402/04/A, and 403/02/A on the invoice with entry 27606, and items 401/01/A, 401/05/A, and 402/04/A on the invoice with entry 19914, consists of articles composed in chief value of metal, the claim of the plaintiff was sustained. The protest was overruled as to the above excepted item numbers.

No. 63059.—British West Indies Co. v. United States, protests 126734–K and 152578–K(B) (Tampa).

Opinion by MOLLISON, J. The protests were dismissed.

No. 63060.—Imperial International Corp. v. United States, protests 58/12412 and 58/14939 (New York).

Opinion by MOLLISON, J. The protests were dismissed.